ORIGINAL

FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA  2006 FEB -7 PM 1: 33

DUBLIN DIVISION

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| DAVID E. BAGGETT, | ) |
| Plaintiff, | ) |
| v. | ) CV 305-007 |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 7th day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE